**REDACTED** INDICTMENT

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**    Under Seal: Yes X No ___    Judge Assigned: TSE
City Alexandria    ___ Superseding Indictment    Criminal Number: 1:11cr558
County/Parish ___    ___ Same Defendant    ___ New Defendant
Magistrate Judge Case Number ___    Arraignment Date: ___
Search Warrant Case Number ___
R 20/R 40 from District of ___

**Defendant Information:**
Juvenile -- Yes ___ No X    FBI # ___
Defendant Name: Damaso Lopez Nunez    Alias Name(s) ___
Address: ___
Employment: ___
Birth date 1966    SS# N/A    Sex M    Def Race ___    Nationality ___    Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
Interpreter: No X Yes List language and/or dialect: ___    Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    X Not in Custody
X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**
Name: ___    ___ Court Appointed    Counsel conflicted out: ___
Address: ___    ___ Retained
Telephone: ___    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA Daniel J. Grooms    Telephone No: 703-299-3700    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
DEA, SA Paul Moloney

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 959, 960, 963 | Conspiracy to distribute five kilograms or more of cocaine for importation into the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1956(h), 3238 | Conspiracy to commit money laundering | 1 | Felony |
| Set 3 | 21 U.S.C. §§ 853, 970 18 U.S.C. § 982 | Forfeiture | | |

(May be continued on reverse)

Date: 11/22/11    Signature of AUSA: ___

REDACTED                 INDICTMENT

JS 45 (11/2002)

# Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**      Under Seal: Yes X  No ___    Judge Assigned: TSE
City  Alexandria          Superseding Indictment        Criminal Number: 1:11cr558
County/Parish ___         Same Defendant ___  New Defendant ___
                          Magistrate Judge Case Number ___ Arraignment Date: ___
                          Search Warrant Case Number ___
                          R 20/R 40 from District of ___

**Defendant Information:**
Juvenile -- Yes ___ No X  FBI # ___
Defendant Name: Felipe Zurita Cruz    Alias Name(s) ___
Address: ___
Employment: ___
Birth date 1955   SS# N/A   Sex M Def Race ___ Nationality ___ Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
   Interpreter: No X Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    X Not in Custody
X Arrest Warrant Requested      ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond ___

**Defense Counsel Information:**
Name: ___           ___ Court Appointed       Counsel conflicted out: ___
Address: ___        ___ Retained
Telephone: ___      ___ Public Defender       Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA Daniel J. Grooms    Telephone No: 703-299-3700    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
DEA, SA Paul Moloney

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 959, 960, 963 | Conspiracy to distribute five kilograms or more of cocaine for importation into the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1956(h), 3238 | Conspiracy to commit money laundering | 1 | Felony |
| Set 3 | 21 U.S.C. §§ 853, 970 18 U.S.C. § 982 | Forfeiture | | |

(May be continued on reverse)

Date: 11/22/11    Signature of AUSA: ___

INDICTMENT

**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**    Under Seal: Yes X No ___    Judge Assigned: TSE
City Alexandria    Superseding Indictment ___    Criminal Number: 1:11cr558
County/Parish ___    Same Defendant ___    New Defendant ___
   Magistrate Judge Case Number ___    Arraignment Date: ___
   Search Warrant Case Number ___
   R 20/R 40 from District of ___

**Defendant Information:**
Juvenile -- Yes ___ No X    FBI # ___
Defendant Name: FNU LNU    Alias Name(s) "El Gordo"
Address: ___
Employment: ___
Birth date N/A    SS# N/A    Sex M Def Race ___ Nationality ___ Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
Interpreter: No X Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    X Not in Custody
X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**
Name: ___    ___ Court Appointed    Counsel conflicted out: ___
Address: ___    ___ Retained
Telephone: ___    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA Daniel J. Grooms    Telephone No: 703-299-3700    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
DEA, SA Paul Moloney

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 959, 960, 963 | Conspiracy to distribute five kilograms or more of cocaine for importation into the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1956(h), 3238 | Conspiracy to commit money laundering | 1 | Felony |
| Set 3 | 21 U.S.C. §§ 853, 970 18 U.S.C. § 982 | Forfeiture | | |

(May be continued on reverse)

Date: 11/22/11    Signature of AUSA: ___

INDICTMENT

**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet                                             U.S. District Court

**Place of Offense:**           Under Seal: Yes X No ____    Judge Assigned: __TSE__

City __Alexandria__     Superseding Indictment ____    Criminal Number: __1:11cr558__

County/Parish _____     Same Defendant ____          New Defendant _____

                           Magistrate Judge Case Number _____ Arraignment Date: _____

                           Search Warrant Case Number _____

                           R 20/R 40 from District of _____

**Defendant Information:**

Juvenile – Yes ___ No X FBI # _____

Defendant Name: Jaime Alberto Lopez Gutierrez     Alias Name(s) _____

Address: _____

Employment: _____

Birth date N/A    SS# N/A    Sex M Def Race ____ Nationality ____ Place of Birth ____

Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos ____

Interpreter: __ No X Yes List language and/or dialect: ____ Automobile Description ____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    X Not in Custody

X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA __Daniel J. Grooms__ Telephone No: __703-299-3700__ Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

DEA, SA Paul Moloney

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 959, 960, 963 | Conspiracy to distribute five kilograms or more of cocaine for importation into the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1956(h), 3238 | Conspiracy to commit money laundering | 1 | Felony |
| Set 3 | 21 U.S.C. §§ 853, 970 18 U.S.C. § 982 | Forfeiture | | |

(May be continued on reverse)

Date: __11/22/11__ Signature of AUSA: _____

*INDICTMENT*

**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet                                          U.S. District Court

**Place of Offense:**         Under Seal: Yes _X_ No ___    Judge Assigned: _TSE_
City _Alexandria_   Superseding Indictment         Criminal Number: _1:11cr558_
County/Parish _____  ___ Same Defendant         ___ New Defendant
                    Magistrate Judge Case Number _____ Arraignment Date: _____
                    Search Warrant Case Number _____
                    R 20/R 40 from District of _____

**Defendant Information:**
Juvenile – Yes ___ No _X_  FBI # _____
Defendant Name: _Raul Rosales Saenz_   Alias Name(s) _____
Address: _____
Employment: _____
Birth date _N/A_  SS# _N/A_  Sex _M_ Def Race ___ Nationality ___ Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
Interpreter: __ No _X_ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested    ___ Fugitive              ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought      ___ Bond _____

**Defense Counsel Information:**
Name: _____          ___ Court Appointed        Counsel conflicted out: _____
Address: _____       ___ Retained
Telephone: _____     ___ Public Defender        Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA _Daniel J. Grooms_   Telephone No: _703-299-3700_   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
DEA, SA Paul Moloney

**U.S.C. Citations:**

|        | Code/Section                      | Description of Offense Charged                                                      | Count(s) | Capital/Felony/Misd/Petty |
|--------|-----------------------------------|-------------------------------------------------------------------------------------|----------|---------------------------|
| Set 1  | 21 U.S.C. §§ 959, 960, 963        | Conspiracy to distribute five kilograms or more of cocaine for importation into the United States | 1 | Felony |
| Set 2  | 18 U.S.C. §§ 1956(h), 3238        | Conspiracy to commit money laundering                                               | 1        | Felony                    |
| Set 3  | 21 U.S.C. §§ 853, 970 18 U.S.C. § 982 | Forfeiture                                                                       |          |                           |

(May be continued on reverse)

Date: _11/22/11_   Signature of AUSA: _____